UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA L. HARRIS ) | Case No. C 07-4626 JL |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff filed her motion to proceed in forma pauperis ("IFP") as provided by 28 U.S.C. §1915. Before a court may grant leave for a plaintiff to file a complaint without paying the $350 filing fee, the threshold requirement is that the plaintiff be indigent. Plaintiff is presently employed at a monthly income of $3,575.00. This Court finds that she fails to satisfy the indigence requirement and it would deny the application.

A magistrate judge does not have authority to deny an IFP application without consent of the plaintiff. *Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988). Accordingly, this Court refers this case for reassignment to an Article III judge.

IT IS SO ORDERED.

DATED: October 29, 2007

*James Larson*
James Larson
Chief Magistrate Judge