FILED

MAR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONICA L. HARRIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C 07-4626 VRW

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above captioned case is referred to a United States Magistrate Judge for <u>all purposes including trial, and to order entry of a final judgment</u>. Counsel will be advised of the date, time and place of any hearing by notice from Magistrate Judge chambers.

Dated: 3/4/08

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE