IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA L. HARRIS, | No. C-07-04626 EDL |
| Plaintiff, | **PROCEDURAL ORDER FOR SOCIAL SECURITY REVIEW ACTIONS** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

This matter was recently referred to this Court for all purposes. Accordingly, the Court issues the following scheduling order.

1. On March 21, 2008, Defendant filed his answer and on March 25, 2008, Defendant filed the administrative record. Plaintiff shall serve and file a motion for summary judgment or for remand within thirty days of service of Defendant's answer.

2. Defendant shall serve and file any opposition or counter-motion within thirty days of service of Plaintiff's motion.

3. Plaintiff may serve and file a reply without fourteen days of service of Defendant's opposition or counter-motion.

4. Unless the Court orders otherwise, upon the conclusion of this briefing schedule, the matter

//
//
//

1  will be deemed submitted for decision without oral argument.

2  **IT IS SO ORDERED.**

3  Dated: April 1, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2