UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA HARRIS,

    Plaintiff,                      No. C-07-4626 EDL

    v.

**JUDGMENT**

MICHEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

    This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

    IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of September 3, 2008, Plaintiffs' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART, Defendant's Cross-Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART and this matter is REMANDED as stated in the Court's Order.

Dated: September 3, 2008

                                                          _____
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge

1