1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | MONICA HARRIS,                     ) Case No.: C-07-4626 EDL
                                        )
12 |        Plaintiff,                  ) [~~PROPOSED~~] ORDER AWARDING
                                        ) EAJA ATTORNEY FEES
13 | v.                                 )
                                        )
14 | MICHAEL J. ASTRUE,                 )
   | COMMISSIONER OF SOCIAL             )
15 | SECURITY,                          )
                                        )
16 |                                    )
                                        )
17 |        Defendant.                  )

18

19        Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

22 the amount of TWO THOUSAND-FIVE HUNDRED dollars ($2,500.00) as

23 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

24 Stipulation.

25 DATE:  April 2, 2009

26                         THE HONORABLE ELIZABETH D. LAPORTE
                           UNITED STATES MAGISTRATE JUDGE
27

28

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*